

Audrey Lessner
700 Shoshone Ave Unit 33
Green River, WY 82935-5556



7022 2410 0003 5094 5875

U.S. POSTAGE PAID
FCM LG ENV
GREEN RIVER, WY
82935
JUN 02, 23
AMOUNT

$5.89
R2305P150229-02

ROC 99        78401

United States Courts
Southern District of Texas
FILED

JUN - 7 2023

Nathan Ochsner, Clerk of Court

Judge Janice Graham Jack
1133 NorthShoreline Blvd
Corpus Christi, TX 78401