IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUL 1 1 2023
CLERK, U.S. DISTRICT COURT
By_____ Deputy

AUDREY LESSNER,

    Plaintiff,

v.                                      2:23-CV-099-Z-BR

GREG ABBOTT, *et al.*,

    Defendants.

## ORDER

On June 12, 2023, this case was transferred from the Southern District of Texas to this Court. ECF No. 3. The Magistrate Judge noted that "Plaintiff previously attempted to bring a similar case in the Amarillo Division and it was summarily dismissed." *Id.* at 1 (citing *Lessner v. Tex. Dep. of Fam. & Prot. Servs.* ("*Lessner*"), No. 2:20-CV-293-Z, ECF No. 13 (N.D. Tex. Nov. 24, 2021)) (the "Dismissal Order"). *Lessner* was dismissed because it amounted to "a collateral attack on a state court judgment," which is precluded under the *Rooker-Feldman* doctrine. Dismissal Order at 3. Here, Plaintiff's complaint is identical to the one the Court dismissed in *Lessner*. *Compare* ECF No. 1-1 *with Lessner*, No. 2:20-CV-293-Z, ECF No. 3. Accordingly, the Court **ORDERS** that this case be **DISMISSED** for the same reasons as stated in the Court's Dismissal Order. *See* FED. R. CIV. P. 12(h)(3).

**SO ORDERED.**

July 11, 2023

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE